IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02243-WDM

GOALIE HOLDINGS, INC., et al.,

    Plaintiffs,

v.

LIPSITZ, GREEN, FAHRINGER, ROLL, SALISBURY & CAMBRIA, et al.,

    Defendants.

_____

AMENDED NOTICE OF DISMISSAL WITH PREJUDICE
_____

    The court takes notice of plaintiffs' Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(I).  Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on January 26, 2006.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States District Judge